**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CASE NO: 8:23-cv-00090-SCB-AAS**

JAY COLEMAN CONNOR, on behalf
of himself and other similarly situated,

Plaintiff,

v.

LIVECARE, INC.,

Defendant.
_________________________________________/

**UNOPPOSED MOTION TO WITHDRAW**

Joel L. McNabney, Esq., proceeding under Local Rule 2.02(c), moves to withdraw from representing Defendant LiveCare, Inc. ("LiveCare") in this action.

I certify that LiveCare consents to this withdrawal.

The withdrawal will not result in a person proceeding pre so. LiveCare has already retained new counsel, James A. Peterson, Esq. Mr. Peterson has already filed a notice of appearance on behalf of LiveCare in this action.

The withdrawal will not result in a continuance of a trial.

**Local Rule 3.01(g) Certification**

On August 28, 2023, I conferred with the opposing party and represent the opposing party does not oppose my withdrawal.

Dated: August 28, 2023

Respectfully submitted,

/s/ Joel L. McNabney
Joel L. McNabney
Fla. Bar No. 106507
jmcnabney@rc.com
**ROBINSON & COLE LLP**
777 Brickell Avenue, Suite 680
Miami, Florida 33131
T. (786) 725-4120
***Attorneys for Defendant***

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, and, as a result, service was made on the parties or counsel identified below.

/s/ Joel L. McNabney

## SERVICE LIST

Avi R. Kaufman, Esq.
Rachel E. Kaufman, Esq.
**KAUFMAN P.A.**
237 South Dixie Highway, Fourth Floor
Coral Gables, Florida 33133
Tel: (305) 469-5881
kaufman@kaufmanpa.com
rachel@kaufmanpa.com
***Attorneys for Plaintiffs***

James A. Peterson, Esq.
**PETERSON LEGAL, P.A.**
5079 North Dixie Highway, Suite 105
Oakland Park, Florida 33334
Tel: (754) 444-8076
james@petersonlegal.com
***Attorneys for Defendant***