# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| JAY COLEMAN CONNOR, on behalf of himself and others similarly situated, | Case No. 8:23-cv-00090-SCB-AAS |
| Plaintiff, | |
| v. | **CLASS ACTION** |
| LIVECARE, INC., | |
| Defendant. | |

## PLAINTIFF'S NOTICE OF RESOLUTION OF DISCOVERY DISPUTE

Plaintiff Connor provides notice to the Court that Defendant's production of documents moots the pending discovery dispute.

Dated: January 12, 2024      Respectfully submitted,

/s/ *Avi R. Kaufman*
Avi R. Kaufman (FL Bar no. 84382)
kaufman@kaufmanpa.com
Rachel E. Kaufman (FL Bar no. 87406)
rachel@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881
*Counsel for Plaintiff and the putative Classes*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 12, 2024, I electronically filed the

2

foregoing document with the Clerk of the Court using CM/ECF, and it is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

/s/ Avi R. Kaufman