# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| JAY COLEMAN CONNOR, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LIVECARE, INC.,<br><br>Defendant. | Case No. 8:23-cv-00090-SCB-AAS<br><br><br><br>**CLASS ACTION** |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Connor and Defendant Livecare, Inc. hereby stipulate to the voluntary dismissal of this action without prejudice. Each party shall bear its own attorneys' fees and costs.

Dated: March 26, 2024        Respectfully submitted,

/s/ Avi R. Kaufman
Avi R. Kaufman (FL Bar no. 84382)
kaufman@kaufmanpa.com
Rachel E. Kaufman (FL Bar no. 87406)
rachel@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881
*Counsel for Plaintiff and the putative Classes*

James A. Peterson, Esq.
PETERSON LEGAL P.A.
5079 North Dixie Highway

Suite 105
Oakland Park, Florida 33334
(754) 444-8076
James@PetersonLegal.com

By: /s/ *James A. Peterson*
James A. Peterson, Esq.
Florida Bar No. 645621

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 26, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and it is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

/s/ *Avi R. Kaufman*

2